EWS
F.# 2026R00400

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

SERGEY BOCHKOV,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - X

<u>O R D E R</u>

CR <u>26-159</u> (<u>AMD</u>)

      Upon the application of JOSEPH NOCELLA, JR., United States Attorney for the

Eastern District of New York, by Assistant United States Attorney Eric Silverberg, for an order

unsealing the above-captioned matter in its entirety.

      WHEREFORE, it is ordered that the above-captioned matter in its entirety be

unsealed.

Dated:   Brooklyn, New York
       June 8
       _____, 2026

                 *Taryn A. Merkl*
                 _____
                 HONORABLE TARYN A. MERKL
                 UNITED STATES MAGISTRATE JUDGE
                 EASTERN DISTRICT OF NEW YORK