AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

UNITED STATES OF AMERICA
*Plaintiff*
v.
SERGEY BOCHKOV
*Defendant*

Case No. 1:26-cr-00159-NRM-1

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SERGEY BOCHKOV .

Date: 10/31/2026

/S/ TONY MIRVIS
*Attorney's signature*

TONY MIRVIS (TM8989)
*Printed name and bar number*

28 DOOLEY STREET, 3RD FL.
BROOKLYN, NY 11235
*Address*

MIRVIS.TONY@GMAIL.COM
*E-mail address*

(718) 938-7448
*Telephone number*

(718) 228-8408
*FAX number*